UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Brian Winn-Henry, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                  *Plaintiffs*,

     -*against*-

Outback Steakhouse of Florida, LLC,

                                  *Defendant*.
-------------------------------------------------------------X

Index No.: 1:23-cv-04280-LJL

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

       WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendant Outback Steakhouse of Florida, LLC (the "Defendant"), having offered to allow Plaintiff Brian Winn-Henry (together, the "Plaintiff") to take a judgment against the Defendant in this action in the total sum of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00) (the "Judgment Amount"), payable as follows:

1. A payment in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00) payable within ten (10) days of the entry of a Judgment;

       WHEREAS, in the event of Defendant's failure to make any payment when due as set forth above, the breach shall result in accelerated payment of the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendant as set forth herein.  Defendant acknowledges and agrees that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

       WHEREAS, the Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendant's Offer of Judgment.

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.