# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
Brian Winn-Henry, *on behalf of himself and*
*others similarly situated in the proposed FLSA*
*Collective Action,*

                                                 *Plaintiffs,*

               -against-

Outback Steakhouse of Florida, LLC,

                                     *Defendant.*
----------------------------------------------------------X

Index No.: 1:23-cv-04280-LJL

**OFFER OF JUDGMENT**
**PURSUANT TO FED.R.CIV.P. 68**

To:  Levin-Epstein & Associates, P.C.
      Attn:  Jason Mizrahi, Esq.
             Joshua D. Levin-Epstein, Esq.
      60 East 42nd Street, Suite 4700
      New York, New York 10165
      Email: Jason@levinepstein.com
                Joshua@levinepstein.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Outback

Steakhouse of Florida, LLC (the "Defendant"), hereby makes this offer of judgment in favor of

Plaintiff Brian Winn-Henry (the "Plaintiff"), and against Defendant in the above-captioned action

in the total sum of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00) (the

"Judgment Amount"), payable as follows:

1. A payment in the amount of Seven Thousand Five Hundred Dollars and Zero
Cents ($7,500.00) payable within ten (10) days of the entry of a Judgment;

In the event of Defendant's failure to make any payment when due as set forth above, the

breach shall result in accelerated payment of the Judgment Amount together with all costs and

attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less

any payments made by Defendant as set forth herein. Defendant acknowledges and agrees that

this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an

uncured default.

The total the Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant or any owner, employee, or agent, either past or present, of the Defendant, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendant, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this offer of judgment will act to release and discharge Defendant, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendant, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendant within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

**[Remainder of Page Intentionally Blank]**

**[Signature Page to Follow]**

Date:  August 31, 2023
       New York, NY

**OUTBACK STEAKHOUSE OF FLORIDA, LLC**

By:    Jonathan Yarbrough, Esq.
Title:  Sr. Director, Employment Law
2202 N Westshore Blvd. Suite 500
Tampa, FL 33607
Email: JonYarbrough@bloominbrands.com