UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Brian Winn-Henry, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                  *Plaintiffs*,

      *-against-*

Outback Steakhouse of Florida, LLC,

                                  *Defendant*.
-----------------------------------------------------------X

Index No.: 1:23-cv-04280-LJL

**FED.R.CIV.P. 68 JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Outback Steakhouse of Florida, LLC (the "Defendant"), having offered to allow Plaintiff Brian Winn-Henry ("Plaintiff") to take a judgment against the Defendant in this action for the total sum of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00) (the "Judgment Amount"), payable as follows:

1. A payment in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00) payable within ten (10) days of the entry of a Judgment;

WHEREAS, in the event of Defendant's failure to make any payment when due as set forth above, the breach shall result in accelerated payment of the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendant as set forth herein. Defendant acknowledges and agrees that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $7,500.00 as against Defendant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby

dismissed with prejudice as against Defendant.

Dated: __August 31_____ _____, 2023
       New York, New York

SO ORDERED:

_____
LEWIS J. LIMAN
United States District Judge